MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KEVIN BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7234
    Kevin.Barry@usdoj.gov

Attorneys for United States of America

FILED

NOV 06 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLOS MIRANDA-GODOY, <br><br> Defendant. | NO. CR 13-661 CRB <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM NOVEMBER 5, 2013 TO NOVEMBER 20, 2013 |

    The defendant, Carlos Miranda-Godoy, represented by Assistant Federal Public Defender Elizabeth Falk, and the government, represented by Assistant United States Attorney Hartley West on behalf of Kevin Barry, appeared before the Court on November 5, 2013, for arraignment on a Superseding Indictment. The matter was set for November 20, 2013, at 2:00 p.m. before the Honorable Charles R. Breyer.

    The parties agree that is appropriate to exclude time between these appearances under the Speedy Trial Act, for effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). While the government has provided some discovery in this case, additional discovery is forthcoming and

STIP. & PROPOSED ORDER EXLUDING TIME
CR 13-661 CRB

the defense will require an opportunity to review it. The parties agree that failure to exclude this time would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice served outweigh the best interests of the public and the defendant in a speedy trial.

SO STIPULATED.

/s/

DATED: November 5, 2013

ELIZABETH FALK
Assistant Federal Public Defender

/s/

DATED: November 5, 2013

KEVIN BARRY
Assistant United States Attorney

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between November 5 and 20, 2013, would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between November 5 and 20, 2013, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between November 5 and 20, 2013, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 11-6-13

HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge

STIP. & PROPOSED ORDER EXLUDING TIME
CR 13-661 CRB                                              2